**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| THE COCA-COLA COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IRA LANDE AND ANTHONY FORTUNA,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-CV-1741-WMR |

## J U D G M E N T

　　This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of defendant Anthony Fortuna's Motion to Dismiss and The Coca-Cola Company's Motion to Dismiss Counterclaim, and the court having granted said Motion for Summary Judgment and determined Defendant Fortuna is the rightful beneficiary of 25% of Theresa Lande's death benefits from the Compensation Deferral & Investment Program sponsored by The Coca-Cola Company, and granted The Coca Cola's Company's Motion to Dismiss Ira Lande's Counterclaim, it is

　　**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia, this 1st day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By:　　s/R. Bryant_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 1, 2019
James N. Hatten
Clerk of Court

By:　s/R.Bryant_____
　　　Deputy Clerk